JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD CASUALTY INSURANCE COMPANY,<br><br>          Plaintiff,<br><br>     v.<br><br>BROAN-NUTONE, L.L.C., et al.,<br><br>          Defendants. | NO.  CV 12-3062 FMO (SSx)<br><br>**JUDGMENT** |

**IT IS ADJUDGED** that the above-captioned case is **dismissed with prejudice**.

Dated this 2nd day of August, 2013.

/s/
Fernando M. Olguin
United States District Judge